Joseph V. Womack
1001 South 24th Street West, Suite 318
Billings, MT 59102
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In Re:

JUSTIN ISAIAH QUALLEY
CHYANNE NICOLE QUALLEY

Case No. 20-10157-7

Debtor(s)

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

**TO:** THE UNITED STATES TRUSTEE, DEBTOR(S), AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. 554(a) is hereby given that the Trustee of the above-named Debtors estate intends to abandon the following property as burdensome and of inconsequential value to the estate:

Description of Property:

    Legal Description: S13, T07 N, R59 E, Block 029, Lot 007, 2011 Friendship 28x48 Milwaukee Second Addition to the City of Baker, Fallon County, Montana, according to the official plat thereof, on file in the office of the Fallon County Clerk and Recorder

    Commonly known as 122 S. 5th Street E., Baker, MT 59313

Scheduled or Estimated Value:

    160,000.00

Amount Secured or Exempt:

    Secured by Wells Fargo Home Mortgage in the amount of $155,000.00

1:20-bk-10157-BPH   Doc#: 32   Filed: 10/11/21   Entered: 10/11/21 09:34:10   Page 1 of 4
Notice of Intent to Abandon                                                    Page **1** of **4**

Lienholder Name & Address:

 Wells Fargo Home Mortgage
 P.O. Box 14411
 Des Moines, IA 50306-3411

Estimated Liquidation Expenses:

 N/A

Net Value to Estate:

 $0.00

Reason for Abandonment:

 **Trustee has had the property on the market for 5 months in an attempt to short sell the house. The realtor has lowered the price 4 times. To date nobody has been interested in buying the property. There is no value to the estate.**

**DATED** this 11th day of October, 2021.

            **WOMACK & ASSOCIATES, LLC**


            By: /s/Joseph V. Womack
              Joseph V. Womack
              Ch. 7 Bankruptcy Trustee

# NOTICE OF OPPORTUNITY TO RESPOND
# AND REQUEST A HEARING

**If you object to this motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of filing. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date:** _____
**Time:** _____
**Location:** _____

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted**

**DATED** this 11th day of October, 2021.

                                               **WOMACK & ASSOCIATES, LLC**

                                               By: /s/Joseph V. Womack
                                                      Joseph V. Womack
                                                      Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

   I, the undersigned, certify under penalty of perjury that on October 11, 2021, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

**Debtor:**

Justin and Chyanne Qualley
2496 Kinsey Road
Miles City, MT 59301

**Interested Parties:**

Creditor Mailing Matrix

                 By: /s/ Mikailla Widdicombe
                    Mikailla Widdicombe
                    Legal Asst. to Trustee